UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| ERIC D. GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:26-cv-00270-SDN |
| | ) | |
| WORLD BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER AFFIRMING RECOMMENDED DECISION</u>

On May 28, 2026, the Magistrate Judge reviewed Plaintiff Eric Gant's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and recommended dismissal on the ground that his complaint is factually frivolous. ECF No. 5 ("Recommended Decision"). Mr. Gant timely objected. ECF No. 6.

After de novo review, the Court agrees with the findings set forth in the Recommended Decision. In his objection, Mr. Gant attaches a 138-page document outlining the "policies" of the fictional "Kingdom of Euphoria," *see* ECF Nos. 6-1, 6-2, but provides no legal basis as to why the Magistrate Judge's conclusion was incorrect. He also refers to himself as a king and inexplicably cites the Constitution of the State of Michigan. *See* ECF No. 1. The Court concludes that Mr. Gant's allegations are plainly frivolous because they rest on assertions that are fanciful, fantastic, and delusional. Such allegations are "clearly baseless" and warrant dismissal. *See Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992) ("[A] court may dismiss a claim as factually frivolous only if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional. As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly

incredible, whether or not there are judicially noticeable facts available to contradict them." (quotation modified)).

The Court therefore **AFFIRMS** and **ADOPTS** the Magistrate Judge's Recommended Decision. ECF No. 5. The complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 11th day of June, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**